UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAUDE FRAZIER AND ALL OTHER SIMILARLY SITUATED PERSONS | SUIT NUMBER: 05-1338-JJB-SCR |
| VERSUS | SECTION/DIVISION: |
| PIONEER AMERICAS, LLC and STATE OF LOUISIANA THROUGH THE DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | |

### AMENDING AND SUPPLEMENTAL PETITION/COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come the following plaintiffs who wish to assert claims individually and on behalf of others similarly situated into the above captioned matter:

1.

The following plaintiffs are to be added in this suit:

**Pauline Adams**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

**Rosetta Andrews**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

**Connie Batiste**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

**Angela Braud**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

**Debbie Brown**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

**Cheryl Butler individually and on behalf of her minor child Jeron Butler**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

**Lestly Collins**, a resident of the full legal age of majority of the Parish of East Baton Rouge, State of Louisiana.

**Boyd Craft**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

**Idell Frazier**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

**Tiffany Gustave individually and on behalf of her minor children Amelia Gustave, Jeremy Gustave, Ryneisha Jackson, and Audia Jackson**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

**Jade Oubre individually and on behalf of her minor children Kameryn Oubre, K'Edrick Oubre, Kirstein Oubre**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

**Vernon Kelly**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana

**Larry Phillips, Jr.**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

**Edward Porter**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

**Tim Spillman**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

**Amelia Walls**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

**Stacy Wilson**, a resident of the full legal age of majority of the Parish of Iberville, State of Louisiana.

2.

The additional plaintiffs assert that they are part of the class of persons who or which were present in the effected vicinity of Pioneer Americas, LLC, 4205 Highway 75 located in St. Gabriel, Louisiana, before and after, October 13, 2004, when an extremely toxic, noxious and hazardous substance was released and/or leaked from Pioneer Americas, LLC.

3.

The claims of the above proposed class representatives are typical of a cross section of the class and of claims they seek to represent.

4.

All allegations and claims asserted in the original Class Action Petition for Damages are reiterated and adopted by the above plaintiffs individually and on behalf of others similarly situated.

5.

Plaintiffs' counsel hereby certifies that she has spoken with Bradley Myers, counsel for Pioneer America, and he has agreed to accept service on behalf of Pioneer America.

RESPECTFULLY SUBMITTED:

TYLER & POSSA
A Professional Law Corporation

By: _____
Joseph C. Possa
Louisiana Bar Roll #21032
Stephanie M. Possa
Louisiana Bar Roll #28725
3225 Broussard Street
Baton Rouge, Louisiana 70808
Telephone (225)343-8313
E-Mail: jpossa@tylerpossa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon all counsel of record by hand, by facsimile, or by placing a copy in the United States mail, postage prepaid, and properly addressed to:

Mr. Bradley Myers
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P.
Post Office Box 3513
Baton Rouge LA 70821

Baton Rouge, Louisiana, this 29th day of November, 2005.

_____
Stephanie M. Possa