FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 DEC -7 P 3: 54

SIGN _____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAUDE FRAZIER AND ALL OTHER SIMILARLY SITUATED PERSONS | C.A. NO.:05-1338-JJB-SCR |
| VERSUS | JUDGE: BRADY |
| PIONEER AMERICAS, LLC AND STATE OF LOUISIANA THROUGH THE DEPARTMENT OF ENVIRONMENTAL QUALITY | MAGISTRATE JUDGE: RIEDLINGER |

## PIONEER AMERICAS, LLC'S ANSWER TO AMENDING AND SUPPLEMENTAL PETITION/COMPLAINT AND REQUEST FOR JURY TRIAL

Pioneer Americas, LLC (hereafter "Pioneer" or "defendant"), for response to

the Amending and Supplemental Petition/Complaint ("the Amending Complaint") states:

### FIRST DEFENSE

Pioneer denies the individual allegations of the Amending Complaint, except as

admitted below. Further answering the individual allegations, Pioneer states:

989426_1

1.

The allegations of Paragraph 1 of the Amending Complaint that add additional plaintiffs require no response from Pioneer. To the extent a response is required, Pioneer denies the allegations for lack of information sufficient to justify a belief as to the truth thereof.

2.

The allegations of Paragraph 2 of the Amending Complaint require no response from Pioneer. To the extent a response is required, Pioneer denies that this matter can be certified as a class or that it is liable to plaintiffs in any amount or for any reason whatsoever.

3.

The allegations of Paragraph 3 of the Amending Complaint are denied.

4.

The allegations of Paragraph 4 of the Amending Complaint that adopt the allegations and claims of the original Complaint require no response from Pioneer. However, to the extent a response is required, Pioneer adopts its answer and affirmative defenses filed in response to the original Complaint.

5.

The allegations of Paragraph 5 of the Amending Complaint require no response from Pioneer. However, to the extent a response is required, the allegations are admitted.

## SECOND DEFENSE

In the event that Pioneer is found to be liable (which liability is denied), then Pioneer asserts that the fault of other parties or non-parties for whom Pioneer is not responsible caused or contributed to the plaintiffs' alleged damages, and pursuant to La. C.C. arts. 2323 and 2324, Pioneer is responsible only for its degree of fault (which fault Pioneer denies).

## THIRD DEFENSE

In the event that Pioneer is found to be liable (which liability is denied), then Pioneer asserts that the fault of plaintiffs was the sole cause and/or a contributing cause of plaintiffs' alleged damages, and as such, plaintiffs' claims are either barred or reduced by their fault.

## FOURTH DEFENSE

Plaintiffs have failed to mitigate their damages, if any.

## FIFTH DEFENSE

None of the prerequisites of a class action is present in the instant litigation, barring plaintiffs' right to bring a class action suit. Specifically: (a) the class has not been sufficiently defined; (b) plaintiffs have not established that a class exists that is so numerous that joinder is impracticable; (c) plaintiffs have not established that the persons named in the suit have claims that are typical of those in the purported class or can adequately represent the absent class members; (d) plaintiffs have not established that common issues will predominate over individual issues; and (e) plaintiffs have not established that the class action device is a "superior" procedural vehicle to traditional joinder techniques.

## SIXTH DEFENSE

The plaintiffs who claim to be asserting claims on behalf of minors have failed to establish that they are the proper parties to assert those claims.

## SEVENTH DEFENSE

Pioneer reserves its right to assert additional defenses in the event that discovery shows that additional defenses are warranted.

WHEREFORE, Pioneer Americas, LLC prays that after due proceedings, there be judgment rendered in its favor, dismissing plaintiffs' claims, with prejudice and at plaintiffs' cost.

Pioneer further prays for a trial by jury on all issues so triable.

Respectfully submitted,

_____

Bradley C. Myers (#1499) (T.A.)
James P. Doré (#5021)
Kyle B. Beall (#24957)
Lana D. Crump (#23707)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

*Attorneys for Pioneer Americas, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer has been mailed, postage prepaid to the following:

Mr. Joseph C. Possa
Stephanie M. Possa
TYLER & POSSA
3225 Broussard Street
Baton Rouge, LA 70808

Baton Rouge, Louisiana this ___7th__ day of December, 2005.

_____
Bradley C. Myers